# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2019

159023 & (25)(27)(28)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DIANE LYNN JONES,
            Plaintiff-Appellee,

v

DTE ENERGY CORPORATE SERVICES,
LLC,
            Defendant-Appellant.

SC: 159023
COA: 345117
Wayne CC: 16-011112-CD

_____/

On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the January 22, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay proceedings is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2019



Clerk

a0212